# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-CR-116-HDM (WGC) |
| | ) | |
| KEMP SHIFFER, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On November 18, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2428, based upon the plea of guilty by defendant KEMP SHIFFER to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant KEMP SHIFFER pled guilty. Docket #17.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 23, 2011, through December 22, 2011, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. #18, #21.

On, January 26, 2012, the United States Marshals Service personally served Donna Shiffer with copies of the Preliminary Order of Forfeiture and the Notice. #21.

1 | This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2421; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. 2006 Silver 4-door Mercedes Benz Sedan, Nevada License No. 602WHZ (VIN No. WDBUF56J76A776155);
2. Black iPhone (Bar Code No. 11-15128);
3. Dell Optiplex Desktop Computer (Bar Code No. 90018778); and
4. Various cameras.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 13th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE